UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:19-CR-75-15 |
| ) | |
| DEANDRE WATSON ) | |
| ) | |

### REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on September 21, 2020. At the hearing, Mr. Watson was present by video teleconference, as was his attorney, Mr. Forrest Wallace.

I.  **Plea Hearing**

Mr. Watson moved to withdraw his not guilty plea to Count One of the Superseding Indictment and entered a plea of guilty to the lesser-included offense in Count One, that is, of conspiracy to distribute and possession with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B), in exchange for the undertakings made by the government in the written plea agreement.

On the basis of the record made at the hearing, I find that Mr. Watson is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Mr. Watson; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

1

Mr. Watson understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, in light of the agreement of the parties and the reasons stated by counsel on the record I **RECOMMEND** that the Court find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice. I further **RECOMMEND** that Mr. Watson' motion to withdraw his not guilty plea to Count One of the Superseding Indictment be granted. I **RECOMMEND** that his plea of guilty to the lesser-included offense in Count One of the Superseding Indictment, that is, of conspiracy to distribute and possession with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B), be accepted. I **RECOMMEND** that the Court adjudicate defendant guilty of the lesser-included offense in Count One of the Superseding Indictment, that is, of conspiracy to distribute and possession with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B), and a decision on whether to accept the plea agreement be deferred until sentencing. I further **RECOMMEND** that the defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

_C. Clifford Shirley_
C. Clifford Shirley,
United States Magistrate Judge

## **NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen (14) days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).