UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:19-CR-75-KAC-DCP-15 |
| DEANDRE WATSON, | ) | |
| Defendant. | ) | |

## **ORDER**

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interest of justice; (2) grant Defendant's motion to withdraw his not guilty plea to Count One of the Superseding Indictment; (3) accept Defendant's plea of guilty to the lesser included offense in Count One of the Superseding Indictment—conspiracy to distribute and possession with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B); (4) adjudicate Defendant guilty of the lesser included offense in Count One of the Superseding Indictment—conspiracy to distribute and possession with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B); (5) defer a decision on whether to accept the plea agreement until sentencing; and (6) find that the Defendant remain in custody until sentencing in this matter [Doc. 352]. Neither party filed an objection to the report and recommendation to date, and the time to

file an objection has expired. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 352] pursuant to 28 U.S.C § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the lesser included offense of Count One of the Superseding Indictment—conspiracy to distribute and possession with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the lesser included offense in Count One of the Superseding Indictment—conspiracy to distribute and possession with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter;

which is **RESCHEDULED** to take place on **February 19, 2021 at 2:00 p.m.** before the undersigned.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

3